Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

PALMA REED, individually and on
behalf of all others similarly situated,

                  Plaintiff(s),

    v.

COGNITIVE MEDIA NETWORKS,
INC., a Delaware corporation, et al.,

                  Defendant(s).

Case No: 15-cv-05217-LB

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE** : ORDER
(CIVIL LOCAL RULE 11-3)

I, Anthony T. Pierce, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Vizio, Inc. and Cognitive Media Networks in the above-entitled action. My local co-counsel in this case is Hyongsoon Kim, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Akin Gump Strauss, et al., 1333 New Hampshire Ave, N.W., Washington, DC  20036-1564 | Akin Gump Strauss, et al., 2029 Century Park East, Suite 2400, Los Angeles, CA  90067-3010 |
| MY TELEPHONE # OF RECORD:<br>(202) 887-4000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(310) 229-1000 |
| MY EMAIL ADDRESS OF RECORD:<br>apierce@akingump.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>kimh@akingump.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 415263.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:  12/15/15

                                Anthony T. Pierce
                                APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Anthony T. Pierce is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  December 17, 2015

                                UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                 October 2012